IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HEZEKIAH PINSON,

    Plaintiff,

v.

DANE COUNTY MARSHALLS
INVESTIGATIVE UNIT
AND BELOIT AREA CRIME STOPPERS,

    Defendants.

ORDER

Case No. 19-cv-412-bbc

---

HEZEKIAH PINSON,

    Plaintiff,

v.

JAUCH AND JANESVILLE POLICE,

    Defendants.

ORDER

Case No. 19-cv-413-bbc

---

Plaintiff Hezekiah Pinson, an inmate in the custody of the Rock County Jail, has submitted proposed civil actions under 42 U.S.C. § 1983. Plaintiff has filed a certified copy of a trust fund account statement in support of the motions for leave to proceed without prepaying the fee. After considering the motions and supporting documentation, the court concludes that plaintiff qualifies for indigent status.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fee to be $19.29 for each case. For this case to proceed, plaintiff must submit this amount on or before June 11, 2019.

If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1. Plaintiff Hezekiah Pinson is assessed $19.29 as an initial partial payment of the $350.00 fee for filing each case. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $19.29 for case 19-cv-412-bbc, or advise the court in writing why plaintiff is not able to submit the assessed amount on or before June 11, 2019.

2. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $19.29 for case 19-cv-413-bbc, or advise the court in writing why plaintiff is not able to submit the assessed amount on or before June 11, 2019.

3. If, by June 11, 2019, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn the action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

4. No further action will be taken in each case the case until the clerk's office receives plaintiff's initial partial filing fee for each case as directed above and the court has screened the complaints as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 21st day of May, 2019.

        BY THE COURT:

        /s/

        PETER OPPENEER
        Magistrate Judge