IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HEZEKIAH PINSON,

    Plaintiff,

    v.

Case No. 19-cv-412-bbc

DANE COUNTY MARSHALLS
INVESTIGATIVE UNIT AND BELOIT
AREA CRIME STOPPERS,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/ Peter Oppeneer, Clerk of Court      8/16/2019